FILED
2023 May-16 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAM HATCHER, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:22-cv-569-LCB-GMB |
| ISAAC CRUZ, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

United States Magistrate Judge Gray M. Borden recommends that this case be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief. (Doc. 12 at 14). To date, Plaintiff Charles William Hatcher, Jr. has not objected to the recommendation.[1] Having reviewed de novo the entire record, the Court **ADOPTS** the recommendation (Doc. 12) and **DISMISSES** this case without prejudice under § 1915A(b). The Clerk of Court shall close this case.

**DONE** and **ORDERED** May 16, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's deadline for filing objections expired on May 1, 2023. (Doc. 12 at 14–15).